# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2014

146791(131)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STATE OF MICHIGAN ex rel. MARCIA
GURGANUS,
      Plaintiff-Appellee,

v

CVS CAREMARK CORPORATION, CVS
PHARMACY, INC., CAREMARK, L.L.C.,
CAREMARK MICHIGAN SPECIALTY
PHARMACY, L.L.C., CAREMARK
MICHIGAN SPECIALTY PHARMACY
HOLDING, L.L.C., CVS MICHIGAN, L.L.C.,
WOODWARD DETROIT CVS, L.L.C.,
REVCO DISCOUNT DRUG CENTERS, INC.,
KMART HOLDING CORPORATION, SEARS
HOLDINGS CORPORATION, SEARS
HOLDINGS MANAGEMENT
CORPORATION, SEARS, ROEBUCK &
COMPANY, RITE AID OF MICHIGAN, INC.,
PERRY DRUG STORES, INC., TARGET
CORPORATION, KROGER COMPANY OF
MICHIGAN, KROGER COMPANY,
WALGREEN COMPANY, and WAL-MART
STORES, INC.,
      Defendants-Appellants.
_____/

SC: 146791
COA: 299997
Kent CC: 09-003411-CZ

CITY OF LANSING and DICKINSON PRESS,
INC.,
      Plaintiffs-Appellees,
      Cross-Appellants,

v

RITE AID OF MICHIGAN, INC., and PERRY
DRUG STORES, INC.,
      Defendants-Appellants,
      Cross-Appellees.
_____/

SC: 146792
COA: 299998
Kent CC: 09-007827-CZ

CITY OF LANSING, DICKINSON PRESS,
INC., and SCOTT MURPHY,

       Plaintiffs-Appellees,

       Cross-Appellants,

v

CVS CAREMARK CORPORATION, CVS
PHARMACY, INC., CAREMARK, L.L.C.,
CAREMARK MICHIGAN SPECIALTY
PHARMACY, L.L.C., CAREMARK
MICHIGAN SPECIALTY PHARMACY
HOLDING, L.L.C., CVS MICHIGAN, L.L.C.,
WOODWARD DETROIT CVS, L.L.C.,
REVCO DISCOUNT DRUG CENTERS, INC.,
KMART HOLDING CORPORATION, SEARS
HOLDINGS CORPORATION, SEARS
HOLDINGS MANAGEMENT CORPORATION,
SEARS, ROEBUCK & COMPANY, TARGET
CORPORATION, KROGER COMPANY OF
MICHIGAN, KROGER COMPANY,
WALGREEN COMPANY, and WAL-MART
STORES, INC.,

       Defendants-Appellants,

       Cross-Appellees.

_____/

SC: 146793
COA: 299999
Kent CC: 10-000619-CZ

On order of the Chief Justice, the motion of the Michigan Association of Health Plans for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on January 8, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2014

Clerk